An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Petitioner,
vs.
THE TENTH JUDICIAL DISTRICT OF
THE STATE OF NEVADA, IN AND FOR
THE COUNTY OF CHURCHILL; AND
THE HONORABLE CHARLES M.
MCGEE,
Respondents,
   and
MICHAEL DWAYNE BYARS,
Real Party in Interest.

No. 65894

FILED

JAN 1 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING PETITION

This original petition for a writ of certiorari challenges a district court decision on appeal from a misdemeanor conviction for driving under the influence of marijuana concluding that the results of the real party in interest's blood test were inadmissible because the real party in interest did not consent to the blood draw and no exigent circumstances existed to excuse the warrant requirement. Petitioner argues that a writ of certiorari is appropriate to review the constitutionality of NRS 484C.160 (implied consent statute).

NRS 34.020(2) provides that a writ of certiorari shall be granted "[i]n any case prosecuted for the violation of a statute or municipal ordinance wherein an appeal has been taken from a Justice Court or from a municipal court, and wherein the district court has passed upon the constitutionality or validity or such statute or ordinance." *See Zamparripa v. First Judicial Dist. Court*, 103 Nev. 638, 640, 747 P.3d 1386, 1387 (1987). We recently considered the constitutionality of a

15-01684

warrantless, nonconsensual blood draw conducted pursuant to NRS 484C.160(7), which allows a police officer to use force to obtain a blood sample from a person, and concluded that this provision was unconstitutional. *Byars v. State*, 130 Nev. ___, 336 P.3d 939 (2014). Therefore, petitioner's inquiry concerning the constitutionality of the implied consent statute has been decided. Accordingly, we

ORDER the petition DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Douglas                                      Cherry

cc:    Chief Judge, Tenth Judicial District
       Hon. Charles M. McGee, Senior Judge
       Churchill County District Attorney/Fallon
       Attorney General/Carson City
       The Law Office of Jacob N. Sommer
       Churchill County Clerk